================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------
No. 87  SSM 8
Clarence Gaines, as the Executor
of the Estate of Janie Gaines,
Deceased,
           Respondent,
        v.
City of New York, et al.,
           Defendants,
Department of Social Services of
the City of New York,
           Appellant.

           Submitted by Eric Lee, for appellant.
           Submitted by Tamara L. Stack, for respondent.

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, with costs, and certified question answered in
the affirmative.  Under the circumstances of this case, a valid
supplemental needs trust was never effected.  Claimants did not
argue before Supreme Court that the trust was not a lifetime
trust governed by EPTL 7-1.17 and EPTL 7-1.18.  That argument is,
therefore, unpreserved for our review.  Chief Judge DiFiore and
Judges Rivera, Stein, Fahey, Garcia and Wilson concur.

Decided June 1, 2017